AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| DM RECORDS, INC. <br> *Plaintiff* <br> v. <br> SELPH RECORDS, INC. <br> and FREDERICK REEVES a/k/a DOC ICE <br> *Defendant* | Civil Action No. **12-21363-CV-Cooke/Turnoff** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  We hereby serve Selph Records, Inc. by serving its President who is Frederick Reeves a/k/a Doc Ice.

Selph Records, Inc. (c/o Frederick Reeves a/k/a Doc Ice)
549 East 91st Street
Brooklyn, New York 11236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHARLOTTE TOWNE, P.A.
Florida Bar Number: 64096
499 East Sheridan Street, Suite 201
Dania Beach, Florida 33004
(954) 306-6624
legal@charlottetownelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **April 11, 2012**



Steven M. Larimore
Clerk of Court

SUMMONS

s/Rosy Avael
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| DM RECORDS, INC. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. **12-21363-CV-Cooke/Turnoff** |
| SELPH RECORDS, INC. and FREDERICK REEVES a/k/a DOC ICE | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Frederick Reeves a/k/a Doc Ice
    549 East 91st Street
    Brooklyn, New York 11236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    CHARLOTTE TOWNE, P.A.
    Florida Bar Number: 64096
    499 East Sheridan Street, Suite 201
    Dania Beach, Florida 33004
    (954) 306-6624
    legal@charlottetownelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **April 11, 2012**

Steven M. Larimore
Clerk of Court

s/Rosy Avael
Deputy Clerk
U.S. District Courts