UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-21363-Civ-COOKE/TURNOFF

DM RECORDS, INC.

                Plaintiff,

vs.

SELPH RECORDS, INC., and FREDERICK REEVES
A/K/A DOC ICE, DOCTOR ICE, A/K/A DOC REEVES
A/K/A DOC ICE REEVES, Individually

                Defendant.

_____/

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Brian Levenson, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") [DE 9], pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion [DE 9] is GRANTED. Brian Levenson, may appear and participate in this action on behalf of Defendants. The Clerk shall provide electronic notification of all electronic filings to Brian Levenson, at blevenson@splaw.us.

DONE AND ORDERED in Chambers at \_\_\_Miami\_\_\_, Florida, this \_\_\_ day of \_\_\_Jy\_\_\_.

William C. Turnoff
U.S. Magistrate Judge

Copies furnished to: Hon. Marcia G. Cooke
All Counsel of Record